# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALBERT HERNANDEZ
ADC #65214                                                                                              PLAINTIFF

v.                                    CASE NO. 5:11-CV-00075-JMM-JJV

D. GOLDEN, Deputy Warden, Diagnostic Unit,
Arkansas Department of Correction; and
ARKANSAS DEPARTMENT OF CORRECTION                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 6th day of April, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE